**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 18-cr-285(13) (JNE/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Roberto Schiffino, | |
| Defendant. | |

On December 9, 2019, Defendant Roberto Schiffino[1] filed a "Motion for Continuance of Deadline for Filing Motions Motions Hearing Date and Trial Date for a Period of Ninety Days" (ECF No. 437). In the motion, Defendant requested a 90-day extension of the deadlines for filing motions, the motions hearing, and trial due to voluminous discovery produced by the Government. On January 2, 2020, Defendant filed a "Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act" ("Statement of Facts") (ECF No. 474). In the Statement of Facts, Defendant "request[ed] that the Court grant [his] attorney an additional 30 days from the date of this document to file motions on [his] behalf." (ECF No. 474 at 1.) The Statement of Facts is dated December 24, 2019. (ECF No. 474 at 2.) The Government does not oppose Defendant's request for a continuance. (ECF No. 437 at 1.)

---

[1] Defendant states that his "true first name is Robert and not Roberto as captioned in the matter." (ECF No. 437 at 1 n.1.)

1

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's "Motion for Continuance of Deadline for Filing Motions Motions Hearing Date and Trial Date for a Period of Ninety Days" (ECF No. 437) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**.

2. The period of time from **December 9, 2019 through February 14, 2020**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 24, 2020**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.[2]

4. **Counsel must electronically file a letter on or before January 24, 2020, if no motions will be filed and there is no need for hearing**.

---

[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Chambers 9W, Minneapolis, MN 55415.

5. All responses to motions must be filed by **February 7, 2020**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **February 7, 2020**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **February 11, 2020**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

   a. The Government makes timely disclosures and a Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

9. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **February 14, 2020**, at **1:00 p.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

10. **TRIAL:**

   a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

   All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Joan N. Ericksen on or before **a date to be determined.**

This case must commence trial **at a date and time to be determined** before District Judge Ericksen in Courtroom 12W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

  b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Ericksen to confirm the new trial date.**

Date: January  3 , 2020           *s/ Tony N. Leung*
                      Tony N. Leung
                      United States Magistrate Judge
                      District of Minnesota

                      *United States v. Schiffino*
                      Case No. 18-cr-285(13) (JNE/TNL)